IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun Chase Escobedo,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV-16-00044-PHX-PGR (JZB)<br><br>ORDER |

 Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Boyle notwithstanding that no party has filed an objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that the petitioner's habeas petition, filed pursuant to 28 U.S.C. § 2254, should be denied because the petitioner's first claim of ineffective assistance of counsel (Ground One) fails on its merits and his second claim of ineffective assistance of counsel (Ground Two) fails because the petitioner does not establish that the state court ruling was contrary to clearly established federal law.  Therefore,

 IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 12) is accepted and adopted by the Court.

 IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C.

§ 2254 for a Writ of Habeas Corpus by a Person in State Custody is denied and that this action is dismissed with prejudice.

IT IS FURTHER ORDERED that no certificate of appealability shall issue and that leave to appeal *in forma pauperis* is denied because the petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED this 13th day of February, 2017.

Paul G. Rosenblatt
United States District Judge